Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  6:17-po-0026-MJS |
| Plaintiff, | |
| v. | **MOTION TO DISMISS; AND ORDER THEREON** |
| KENNETH HOUGHTON, | |
| Defendant. | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of

Court endorsed hereon, the United States hereby moves the Court for an order of

dismissal without prejudice and in the interest of justice.  The Government does not

believe it can prove the matter beyond a reasonable doubt.

.

Dated:  November 10, 2017   /S/ Susan St. Vincent
              Susan St. Vincent
              Legal Officer
              Yosemite National Park

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Houghton* 6:17-po-0026-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:     November 13, 2017          /s/ *Michael J. Seng*

UNITED STATES MAGISTRATE JUDGE